# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19cr1021-JAH |
| Plaintiff, | |
| v. | **JUDGMENT ORDER GRANTING MOTION AND DISMISSING INFORMATION** [Doc. No. 26] |
| JOSE MANUEL MONTERREY, | |
| Defendant. | |

Upon joint motion of the parties, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Information, [Doc. No. 10], without prejudice.

**IT IS SO ORDERED.**

DATED: January 13, 2020

HON. JOHN A. HOUSTON
United States District Judge